USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                               :

MARIO SIMONIELLO,              :
                               :

                               :

                 Plaintiff,    :
                               :

           -against-            :

                               :

LINEDATA SERVICES, INC., *et al.*,    :

                               :

              Defendants.   :

                               :

------------------------------------------------------------- X

                             1:26-cv-2907-GHW

                               <u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of New York, on April 8, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later April 30, 2026.  In the event that Plaintiff does not stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) prior to April 28, 2026, Plaintiff is ordered to file his complaint no later than that date.  Counsel for Plaintiff is reminded that any complaint must be filed in compliance with the Federal Rules of Civil Procedure.

        SO ORDERED.

Dated:  April 14, 2026
       New York, New York

                               _____
                                 GREGORY H. WOODS
                               United States District Judge