# NAGY WOLFE APPLETON LLP

**MEMORANDUM ENDORSED**

Gregory N. Wolfe
greg@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

<u>VIA ECF</u>

May 27, 2026

Hon. Gregory H. Woods
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 2260
New York, NY 10007

**DEFENDANTS' FIRST LETTER REQUEST
FOR POSTPONEMENT OF INITIAL CONFERENCE**

Re:    *Simoniello v. Linedata Services, Inc. et al.*, No. 1:26-cv-02907 (S.D.N.Y.)

Dear Judge Woods:

This firm represents Arena Investors, L.P., Arena Service Co., LLC, and Quaestor Advisors, LLC (collectively, "Defendants"). Pursuant to Rule 1(A) and Rule 1(E) of Your Honor's Individual Rules, with the consent of co-counsel and opposing counsel in the above-captioned case, I write to request a brief adjournment of the Initial Conference scheduled before Your Honor for June 17, 2026.

The extension is warranted for the following reasons. First, I and my colleague assisting in this case have a trial expected to commence on June 8 in California expected to last at least until June 18. Second, counsel for Linedata Services, Inc. and Gravitas Technology Services, LLC also currently has preexisting international travel obligations on June 17.

This is the parties' first request to continue the conference. Counsel for all parties have conferred and are available for the conference on any date from Wednesday, July 15, through Wednesday, July 29, 2026.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

*Gregory N. Wolfe*

Gregory N. Wolfe

*Counsel for Defendants Arena Investors, L.P., Arena Service Co., LLC, and Quaestor Advisors, LLC*

Application granted. The initial pretrial conference scheduled for June 17, 2026 is adjourned to July 27, 2026 at 4:00 p.m. The parties' deadline for their pre-conference submissions is extended to July 20, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.
Dated:  May 28, 2026
New York, New York

GREGORY N. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/28/2026