Vincent Miletti, Esq.
*MILETTI LAW, P.C.*
153 West End Avenue, Suite 2A, Brooklyn, New York 11235
609-353-6287 (P) ⚖ 609-554-7927 (F) ⚖ VMiletti@Milettilaw.com (E)
*NY Bar 5194014 ⚖ NJ Bar 078322013*

September 21, 2026

**Sent Via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/24/2026

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**MEMORANDUM ENDORSED**

*In Re* *Mario Simoniello v. Linedata Services, Inc., Gravitas Technology Services, LLC, Arena Investors, LP & Quaestor Advisors LLC, No. 1: 1:26-cv-02907-JGK*
***Request to Adjourn October 8, 2026 Pre-Motion Conference***

Dear Judge Woods:

Plaintiff Mario Simoniello, by his undersigned counsel, respectfully requests a brief adjournment of the telephonic pre-motion conference presently scheduled for October 8, 2026 at 2:00 p.m., pursuant to Your Honor's September 18, 2026 Memo Endorsement and Individual Rule 1(E).

Undersigned counsel is required to appear on October 7-8, 2026 in a previously scheduled proceeding before the New York State Division of Human Rights, creating an unavoidable scheduling conflict with the conference before this Court.

This is Plaintiff's first request to adjourn the October 8, 2026 pre-motion conference. The request is not made for purposes of delay. Plaintiff has already submitted his response to Defendants' pre-motion letter and remains prepared to address Defendants' contemplated motion to dismiss and the discovery-stay issue at the Court's convenience.

Plaintiff respectfully requests that the conference be rescheduled to any date convenient to the Court during the week of **October 19, 2026**. Counsel is presently available on the following dates, **assuming an afternoon call,** subject to the Courts calendar of course:

October 19, 2026
October 20, 2026
October 22, 2026

Counsel has conferred with Defendants' counsel, who have advised that Defendants consent to the requested adjournment.

Plaintiff does not seek to adjourn the initial pretrial conference scheduled for **October 27, 2026**, or to modify any other Court-ordered deadline. Accordingly, the requested adjournment is

limited solely to the October 8 pre-motion conference. Plaintiff notes that all parties are available for the October 27 conference.

Plaintiff respectfully thanks the Court for its consideration.

Respectfully submitted,

Vincent Miletti, Esq.
Partner

**SO ORDERED:** ______________________________
Hon. Judge Gregory Woods

cc: Greg Wolfe, Nagy Wolfe Appleton (via email greg@nagylaw.com)
cc: Mikaela Meyer, Nagy Wolfe Appleton (via email mmeyer@nagylaw.com)
cc: Jeanine Conley Daves, Littler (via email jconley@littler.com)

Application granted. The October 8, 2026 pre-motion conference is adjourned to October 20, 2026 at 1:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: September 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge